**Bruce Berline, Esq.**
**Law Office of Bruce Berline, LLC**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Rainier Deleon Guerrero

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 23-00004 |
| )  Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE HEARING |
| vs. ) | |
| ) | |
| RAINIER PEDRO RELADO DELEON ) GUERRERO, et al., ) | |
| ) | Time: |
| Defendants. ) | Date: |
| _____ ) | Judge: Hon. Ramona Manglona, C.J. |

Defendant, by and through his attorney, Bruce Berline, and the Plaintiff, by and through the United States Attorney's Office, hereby agree to request this Court to continue Defendant's hearing date, presently scheduled for January 13, 2025 at 1:30 p.m. to January 22, 2025 at 1:30 p.m. or thereafter as is convenient to this court.

This stipulation is made in good faith as counsel for Defendant Deleon Guerrero may be off-island on January 13, 2025, and, thus, the parties stipulate to request this Court to continue the sentencing hearing in this matter to January 22, 2025 at 1:30 p.m. or thereafter as is convenient to the Court.

Dated this 7th day of January, 2025.

/s/Bruce Berline
BRUCE BERLINE
Attorney for Defendant

/s/ Albert Flores
ALBERT FLORES
Assistant United States Attorney